IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | |
|---|---|
| Sergio Quintero | § |
| Plaintiff, | § § § |
| v. | §  NO. 3:13-cv-453 |
| Keppel AmFELS, LLC and Diamond Offshore Drilling, Inc. | § § § § |
| Defendants. | § |

### Plaintiff's Original Complaint

Plaintiff Sergio Quintero brings this action complaining of Defendants Keppel AmFELS, LLC and Diamond Offshore Drilling, Inc. (collectively "Defendants") and would respectfully show the Court that:

### I.

### Jurisdiction

1. This claim is maintained under the general maritime law of the United States.

### II.

### Venue

2. Venue is proper in this Division because Defendants citizens of this District.

### III.

### Parties

3. Plaintiff resides in Mississippi.

4. Defendant Keppel AmFEL, LLC is a Texas company that may be served through its registered agent Geok S. Tan at 20,000 South Highway 48, Brownsville, Texas 78523.

6. Defendant Diamond Offshore Drilling, Inc. is a Texas company that may be served through its registered agent, CT Corporation System, 350 N. St. Paul St. Suite 2900, Dallas, Texas 75201.

### IV.

### Facts

7. This lawsuit is necessary as a result of severe personal injuries that Plaintiff received on or about August 23, 2013. On that date, Plaintiff was employed with Devall Construction aboard the Ocean Onyx, which is owned, operated, and controlled by Defendants. While Plaintiff was aboard the Ocean Onyx he sustained a severe back injury.

### V.

### Causes of Action

8. Plaintiff hereby incorporates by reference the facts and allegations of the preceding paragraphs and the facts set forth herein.

9. Defendants were negligent and grossly negligent for the following reasons:

    A. failure to properly supervise their crew;

    B. failure to properly train their employees;

    C. failure to provide adequate safety equipment;

    D. failure to provide adequate medical treatment;

    E. failure to maintain the vessel;

    F. failure to warn about hidden hazards aboard the vessel;

  G.  failure to remedy a known hazardous slippery condition;

  H.  failure to intervene in when it knew that others were acting improvidently;

  I.  failure to turnover the vessel in a safe manner;

  K.  failure to reasonably exercise its duty of actual control; and

14. On the date in question, the Ocean Onyx was unseaworthy.

15. As a result of said occurrences, Plaintiff sustained severe injuries to his body, which resulted in physical pain, mental anguish, and other medical problems. Plaintiff has sustained severe pain, physical impairment, discomfort, mental anguish, and distress. In all reasonable probability, Plaintiff's physical pain, physical impairment and mental anguish will continue indefinitely. Plaintiff has also suffered a loss of earnings in the past, as well as a loss of future earning capacity. Plaintiff has incurred and will incur pharmaceutical and medical expenses in connection with his injuries. Plaintiff has been damaged in a sum far in excess of the minimum jurisdictional limits of this Honorable Court, for which he now sues.

## VI.

## Prayer

Plaintiff prays that this citation issue and be served upon Defendants in a form and manner prescribed by law, requiring that the Defendants appear and answer, and that upon final hearing, Plaintiff has judgment against Defendants, both jointly and severally, in a total sum in excess of the minimum jurisdictional limits of this Court including but not limited to:

- Past and future medical damages;
- Past and future loss of earning capacity;
- Past and future physical pain and suffering and mental anguish;

- Past and future impairment;

- Past and future disfigurement;

- Exemplary damages;

- Costs of Court;

- Pre and Post Judgment interest; and

- Any further relief to which Plaintiff may be justly entitled.

> Respectfully submitted,
>
> ARNOLD & ITKIN LLP
>
> */s/ Kurt B. Arnold*
> _____
> Kurt B. Arnold
> State Bar No. 24036150
> 6009 Memorial Drive
> Houston, TX  77007
> Telephone: (713) 222-3800
> Facsimile: (713) 222-3850
>
> **ATTORNEYS FOR PLAINTIFF**

OF COUNSEL:

M. Paul Skrabanek
State Bar No. 24063005
ARNOLD & ITKIN LLP
State Bar No. 24036150
6009 Memorial Drive
Houston, TX  77007
Telephone: (713) 222-3800
Facsimile: (713) 222-3850