IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| SERGIO QUINTERO,<br>    Plaintiff | § § § | |
| VS. | § § | C.A. NO. 3:13-CV-453 |
| KEPPEL AMFELS, LLC AND<br>DIAMOND OFFSHORE DRILLING,<br>INC.,<br>    Defendants | § § § § | |

## NOTICE OF SETTLEMENT

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW Defendant, Diamond Offshore Drilling, Inc. ["Diamond"], and provides Notice that the Parties attended Mediation on May 28, 2015 and ultimately reached an Agreement of Settlement. The settlement will be funded and closing documents provided to the Court for consideration on or before July 5, 2015. The settlement resolves all issues as between all parties.

                      Respectfully submitted,

            By:_____/s/ James R. Watkins_____
                  James R. Watkins
                  State Bar No. 20926500
                  James.watkins@roystonlaw.com
                  The Hunter Building
                  306 – 22nd Street, Suite 301
                  Galveston, TX   77550-1589

(409) 763-1623
(409) 763-3853 - FAX

ATTORNEY FOR DEFENDANT,
DIAMOND OFFSHORE DRILLING, INC.

OF COUNSEL:

ROYSTON, RAYZOR, VICKERY & WILIAMS L.L.P.

**CERTIFICATE OF SERVICE**

I hereby certify that I have, on this the 9th day of June, 2015, delivered a true and correct copy of the foregoing via the CM/ECF Filing System to:

Kurt B. Arnold
Arnold & Itkin LLP
6009 Memorial Drive
Houston, TX 77007

*/s/ James R. Watkins*
James R. Watkins